■ In the Matter of MAURICE POBLAH, Petitioner, v GLENN S. GOORD, as Commissioner of New York State Department of Correctional Services, Respondent. [706 NYS2d 298] —Determination unanimously confirmed without costs and petition dismissed (*see, Matter of Mullady v Goord*, 270 AD2d 821 [decided herewith]). (CPLR art 78 Proceeding Transferred by Order of Supreme Court, Wyoming County, Dadd, J.) Present—Pigott, Jr., P. J., Pine, Wisner and Hurlbutt, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WAYNE LAMB, Appellant. [705 NYS2d 548] —Judgment unanimously affirmed (*see, People v Lococo*, 92 NY2d 825). (Appeal from Judgment of Cayuga County Court, Contiguglia, J.—Attempted Assault, 2nd Degree.) Present—Pigott, Jr., P. J., Pine, Wisner and Hurlbutt, JJ.